IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. 2:17-cv-01677

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Ruth McKee

2. Plaintiff's Spouse (if applicable)

   n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   n/a

4. State of Residence

   California

5. District Court and Division in which venue would be proper absent direct filing.

   United States District Court for the Central District of California

   Western Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑  A. Ethicon, Inc.

   ☑  B. Johnson & Johnson

Revised: 5/28/14

☐     C. American Medical Systems, Inc. ("AMS")

☐     D. Boston Scientific Corporation

☐     E. C. R. Bard, Inc. ("Bard")

☐     F. Sofradim Production SAS ("Sofradim")

☐     G. Tissue Science Laboratories Limited ("TSL")

☐     H. Mentor Worldwide LLC

☐     I. Coloplast Corp.

☐     J. Cook Incorporated

☐     K. Cook Biotech, Inc.

☐     L. Cook Medical, Inc.

☐     M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐     N. Neomedic International, S.L.

☐     O. Neomedic Inc.

☐     P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction

    ☑     Diversity of Citizenship

    ☐     Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

11, 12, 13

B. Other allegations of jurisdiction and venue:

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- [x] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [ ] TVT
- [ ] TVT-Obturator (TVT-O)
- [ ] TVT-SECUR (TVT-S)
- [ ] TVT-Exact
- [ ] TVT-Abbrevo
- [ ] Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- [x] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [ ] TVT

3

☐ TVT-Obturator (TVT-O)

☐ TVT-SECUR (TVT-S)

☐ TVT-Exact

☐ TVT-Abbrevo

☐ Other

10. Date of Implantation as to Each Product:

12/12/08

11. Hospital(s) where Plaintiff was implanted (including City and State):

St. Mary Medical Center- Long Beach

Long Beach, CA

12. Implanting Surgeon(s):

Maureen E. Mulvihill, MD

13. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I – Negligence

☑ Count II – Strict Liability – Manufacturing Defect

☑ Count III – Strict Liability – Failure to Warn

☑ Count IV – Strict Liability – Defective Product

4

☑ Count V – Strict Liability – Design Defect

☑ Count VI – Common Law Fraud

☑ Count VII – Fraudulent Concealment

☑ Count VIII – Constructive Fraud

☑ Count IX – Negligent Misrepresentation

☑ Count X – Negligent Infliction of Emotional Distress

☑ Count XI – Breach of Express Warranty

☑ Count XII – Breach of Implied Warranty

☑ Count XIII – Violation of Consumer Protection Laws

☑ Count XIV – Gross Negligence

☑ Count XV – Unjust Enrichment

☐ Count XVI – Loss of Consortium

☑ Count XVII – Punitive Damages

☑ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

                                                              s/ Sean Tracey
                                                               Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

                                                         Sean Patrick Tracey
                                                         State Bar No. 20176500
                                                         Shawn Fox
                                                         State Bar No.  24040926
                                                         440 Louisiana, Suite 1901
                                                         Houston, Texas   77002
                                                         713-495-2333 Telephone
                                                         713-495-2331 Facsimile
                                                         stracey@traceylawfirm.com
                                                         sfox@traceylawfirm.com